# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE DALIE, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Civil Action No. 2:16-cv-01448 |
| v. | )<br>) Chief Judge Mark R. Hornak |
| FNU GUMBERT, FNU ELYNOFF, FNU CARTER, and M. HOWELLS, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

**AND NOW**, this 7th day of February, 2019, in accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. Defendants' motion for summary judgment is **GRANTED** and summary judgment is entered in favor of Defendants Gumbert, Elynoff, and Carter; and

2. All claims against Defendant Howells is hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED.**

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(l) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

Mark R. Hornak
Chief United States District Judge

cc: All counsel of record